# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM DIXON,<br>    Plaintiff, | Case No. 1:21-cv-142 |
| vs. | Dlott, J.<br>Litkovitz, M.J. |
| CLERK MARC THERIAULT,<br>    Defendants. | **REPORT AND<br>RECOMMENDATION** |

Plaintiff, a prisoner at the Toledo Correctional Institution, has filed a petition for a writ of mandamus in this Court. (Doc. 1). On March 10, 2021, the undersigned issued a Deficiency Order requiring plaintiff to pay the full filing fee or to file a motion for leave to proceed *in forma pauperis* within thirty (30) days. (Doc. 2). Plaintiff filed a motion asking the Court to waive all court costs, which was denied on April 7, 2021. (Doc. 3, 4). Noting that the Court is without any legal authority to waive plaintiff's filing fee, the Court ordered plaintiff to pay the full filing fee or file a motion for leave to proceed *in forma pauperis* within thirty (30) days. (Doc. 4).

Plaintiff has now filed a motion seeking to withdraw his filing. (Doc. 5).

Fed. R. Civ. P. 41(a)(2) provides that the Court may dismiss an action "at the plaintiff's instance" upon "such terms and conditions as the court deems proper."

Pursuant to Fed. R. Civ. P. 41(a)(2), it is **RECOMMENDED** that plaintiff's motion (Doc. 5) be granted and this action be dismissed without prejudice.

Date:  4/28/2021

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM DIXON,
    Plaintiff,

vs.

CLERK MARC THERIAULT,
    Defendants.

Case No. 1:21-cv-142

Dlott, J.
Litkovitz, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985)*; United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).