IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DIXON, | : | Case No. 1:21-cv-142 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DISMISSING THIS ACTION WITHOUT PREJUDICE |
| MARC THERIAULT, | : | |
| Defendant. | : | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 6) that Defendant's Motion to Withdraw be granted. No objections have been filed.

Plaintiff moved to withdraw this action without prejudice to avoid paying filing fees (Doc. 5), and the Magistrate Judge recommended that the Court grant Plaintiff's motion and dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court has reviewed *de novo* the filings in this matter and hereby adopts the Report and Recommendation (Doc.6).

Accordingly, Plaintiff's Motion to Withdraw (Doc.5) is hereby **GRANTED**. The case is dismissed without prejudice, and this matter shall be terminated from the Court's docket.

**IT IS SO ORDERED.**

Dated: July 26, 2021

_____
Judge Susan J. Dlott
United States District Court

1